FLETCHER *v.* STATE.

[92 South. 557, No. 22229.]

HOMICIDE. *Conclusion of murder cause reversed on ground that accused was guilty of no higher crime than manslaughter, and remanded for trial de novo.*

Where a conviction of murder is reversed on the ground that, under the evidence in the record, the defendant is not guilty of a higher crime than manslaughter, the case will be remanded for trial de novo.

On suggestion of error. Suggestion of error sustained, former opinion modified, and cause remanded for new trial. For former opinion, see 91 So. 338.

COOK, J., delivered the opinion of the court.

On a former day of this term this cause was reversed, the opinion being reported in 91 So. 338. The court there held that on the facts in this record the defendant was not guilty of a higher crime than manslaughter; and the cause was remanded for trial on the issue of manslaughter only. The attorney-general now suggests that we erred in remanding the cause for trial only on the issue of manslaughter, and insists that it should be remanded for trial generally. We think this contention is correct. Upon the first trial the defendant was convicted of murder, and the remanding of the case to the trial court is for the purpose of having it tried *de novo.* If on a new trial in the court below the proof presents the same case that was before this court on this appeal, the court, by proper instructions, should limit the issues to that of manslaughter, but should the evidence on a new trial present a different case, the instructions granted should be made to conform thereto and to cover all issues supported thereby.

The suggestion of error is therefore sustained, and the former opinion modified to the extent herein indicated, and the cause is remanded for a new trial generally.

*Suggestion of error sustained.*